UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RUBEN ANDERSON**                                              **CIVIL ACTION**

**versus**                                                                 **NO. 10-1691**

**LYNN COOPER**                                                  **SECTION: "A" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Ruben Anderson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE